BOENING, Respondent, v. BOENING, Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Carrie C. Boening against William C. Boening. No opinion. Motion denied.

BOENING, Respondent, v. BOENING, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Carrie C. Boening against William C. Boening. No opinion. Judgment affirmed, with costs.

BOSCOWITZ, Respondent, v. SULZBACHER, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Jesse L. Boscowitz against Joseph H. Sulzbacher. C. L. Craig, for appellant. E. Goldmark, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BOPP, Respondent, v. KEIPER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Gustave Bopp against Charles Keiper. No opinion. Order affirmed, with $10 costs and disbursements.

BRACKEN-McAVENEY CO., Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by the Bracken-McAveney Company against Harry Miller and others. No opinion. Judgment affirmed, with costs.

BRIGGS, Appellant, v. WICKES BROS., Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Henry C. Briggs against Wickes Bros. No opinion. Judgment of the Municipal Court affirmed, with costs.

BROSSOIT v. EQUITABLE SECURITIES CO. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Henrietta Brossoit against the Equitable Securities Company. No opinion. Motion granted, with $10 costs. Order filed.

BROWN et al., Appellants, v. DYCKMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Charles A. Brown and another against William L. Dyckman, as executor of Rosalie A. Bleakley, deceased, and others. PER CURIAM. Judgment and order affirmed, with costs.
HIRSCHBERG, P. J., not voting.

BROWN, Respondent, v. NATIONAL FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by John L. Brown against the National Fire Insurance Company. No opinion. Judgment affirmed, with costs.

BROWN, Respondent, v. UTOPIA LAND CO., Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Harry Brown against the Utopia Land Company. E. Jacobus, for appellant. A. H. Parkhurst, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. Order filed.

BRUYETTE, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Frank Bruyette against the Nassau Electric Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

BRYAN, Respondent, v. WEISS, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by William Bryan against Samuel Weiss. No opinion. Judgment and order unanimously affirmed, with costs.

BUSH, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Frank Bush against the International Paper Company.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., not sitting.

BUTLER, Respondent, v. BROOKLYN CITIZEN, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Annie Butler against the Brooklyn Citizen. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $2,500, in which case the judgment, as modified, and order, affirmed, without costs.

BUTLER v. CLARKSON et al. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by William S. Butler against Sidney A. Clarkson and others. No opinion. Motion denied, without costs, provided the appellant perfect his appeal in time to place the case upon the next calendar of this court and be ready for argument when the cause is reached; otherwise, motion granted, with $10 costs.

CALAHAN, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Lizzie Calahan against the New York City Railway Company. B. H. Ames, for appellant. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CALLAHAN, Respondent, v. ISBRISTER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Timothy Callahan against John Isbrister.
PER CURIAM. Judgment and order of the County Court of Westchester county affirmed, with costs.
HIRSCHBERG, P. J., not voting.